**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claude Ranger, III, | No. CV-19-00520-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Joe Profiri, et al., | |
| Respondents. | |

Petitioner Claude Ranger, III filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 28, 2019. (Doc. 1.) On August 5, 2021, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 40), recommending that the § 2254 Petition be denied on the grounds that Petitioner's claims are procedurally defaulted. On September 14, 2021, this Court accepted and adopted the Report and Recommendation and denied the § 2254 Petition. (Doc. 43.) The Clerk of Court entered judgment the same day. (Doc. 44.) Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, this Court declined to issue a certificate of appealability because it determined that reasonable jurists would not find the Court's ruling debatable. (Doc. 43 at 6.)

Currently pending before the Court is Petitioner's Motion for Permission to Appeal. (Doc. 45.) Petitioner states that he was wrongfully convicted of sexual assault and indicates he would like to appeal this Court's denial of his § 2254 Petition. (*Id.*) The Court interprets Petitioner's Motion as seeking reconsideration of this Court's denial of a

certificate of appealability. Petitioner has not shown any manifest error, new facts, or legal authority that would warrant reconsideration of this Court's finding that his § 2254 claims are procedurally defaulted or reconsideration of this Court's finding that reasonable jurists would not find this Court's procedural default finding debatable. *See* LRCiv 7.2(g)(1). Accordingly, Petitioner's request for reconsideration is denied.

The Court notes that, pursuant to Rule 11 of the Rules Governing § 2254 Cases, Petitioner may not appeal this Court's denial of a certificate of appealability, but he may seek a certificate of appealability from the Ninth Circuit Court of Appeals under Federal Rule of Appellate Procedure 22.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Permission to Appeal (Doc. 45) is **denied**. Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals under Federal Rule of Appellate Procedure 22.

Dated this 4th day of October, 2021.

_____
Honorable Rosemary Márquez
United States District Judge